# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TODD OLIVER AMEEN, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CIV-19-00485-PRW |
| TOMMY SHARP, Warden, | ) ) ) | |
| Respondent. | ) | |

## ORDER

On May 30, 2019, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation (Dkt. 6) in this action. The Magistrate Judge recommends that Petitioner's Application for Leave to Proceed *In Forma Pauperis* (Dkt. 3) be denied and that the action be dismissed without prejudice unless Petitioner pays the full filing fee within 21 days of any order adopting the Report and Recommendation. Petitioner was advised that he has a right to object to the Report and Recommendation by June 20, 2019, and that failure to make a timely objection would waive any right to appellate review of the *in forma pauperis* issue.

A review of the file reveals that Petitioner paid the filing fee on June 6, 2019.[1] Accordingly, it is clear that Petitioner does not object to the Magistrate Judge's Report and

---

[1] Receipt (Dkt. 7) at 1.

Recommendation (Dkt. 6).[2] Therefore, Petitioner has waived further review of the issues addressed in the Report and Recommendation.[3] Moreover, Petitioner's Application for Leave to Proceed *In Forma Pauperis* (Dkt. 3)—at least insofar as it concerns payment of the initial filing fee—is now moot.[4]

Upon *de novo* review, the Court:

(1) **ADOPTS IN PART** the Report and Recommendation (Dkt. 6) issued by the Magistrate Judge on May 30, 2019. The recommendation to deny the application for leave to proceed *in forma pauperis* is **ADOPTED**. However, the recommendation to dismiss the action without prejudice to refiling in the event Petitioner fails to pay the filing fee within 21 days is rendered **MOOT** because the Petitioner has already paid the $5.00 filing fee.

(2) **DENIES** Petitioner's Application for Leave to Proceed *In Forma Pauperis* (Dkt. 3) as moot; and

(3) **RECOMMITS** this action to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED this 11th day of June, 2019.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[2] *See Duvall v. Okla. State Bd. of Osteopathic Examiners*, No. 5:17-cv-00247-F, 2017 WL 1379393, at *1 (W.D. Okla. Apr. 14, 2017).

[3] *Olivera v. Cate*, No. 5:14-cv-00162-D, 2016 WL 1436694, at *1 (W.D. Okla. Apr. 11, 2016) (citing *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996)).

[4] *See Hymel v. Harvenek*, No. 5:14-cv-00273-F, 2014 WL 2117866, at *1 (W.D. Okla. May 21, 2014); *accord Lipscomb v. Madigan*, 221 F.2d 798 (9th Cir. 1955).